**Ozzie JONES, Jr., Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Warden, Respondent—Appellee.**

No. 04–7820.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 30, 2005.

**208**

Ozzie Jones, Jr., Appellant pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ozzie Jones, Jr., a federal prisoner, appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Stansberry*, No. CA–04–603 (E.D.N.C. Oct. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*